**Motion Granted in Part and Denied in Part and Order filed November 20, 2015**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00095-CR
_____

### JAY PAUL JACKSON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the 208th District Court
Harris County, Texas
Trial Court Cause No. 1319497**

---

## ORDER

This appeal was submitted on the briefs on November 18, 2015. The State filed a motion for an extension of 30 days to file its brief and to resubmit the appeal at a later date. We grant in part and deny in part the motion as follows:

The State's motion for extension is **granted** until **December 7, 2015**. The State's request to that the appeal be resubmitted is **denied.**

PER CURIAM

Panel consists of Justices Boyce, Busby, and Brown.